WILLIAM M. BROWN et al., Doing Business as ESBILL REALTY CO., Appellants, v. HERMAN I. PORITZKY, Respondent.—

1008

Hopkins, JJ., concur; Munder and Latham, JJ., dissent and vote to affirm the judgment.